**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ellus LAROUS, Defendant–Appellant.**

No. 15–7794.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2016.

Decided: April 4, 2016.

Ellus Larous, Appellant Pro Se. Michael Gordon James, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before KING, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellus Larous appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Larous,* No. 5:98–cr–00007–F–4 (E.D.N.C. June 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*